UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUSTAVO GARCIA,<br>        *Plaintiff*,<br><br>v.<br><br>ANTONY BLINKEN, Secretary,<br>  United States Department of State, *et al.*,<br>        *Defendants*. | Civil Action No. 18-1822 (APM) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's order dated May 27, 2021. That same order granted the parties' joint request to refer this case to mediation. As part of the mediation, the parties participated in a settlement conference before Magistrate Judge G. Michael Harvey on August 4, 2021, and Judge Harvey continues to actively mediate this case.

Settlement discussions are ongoing and have been productive. Most recently, Plaintiff conveyed (through Judge Harvey's chambers) a revised demand to Defendants on August 16, 2021. Defendants are considering that demand and conferring with relevant authorities.

The parties believe that they would benefit from additional time to further engage in settlement discussions. Accordingly, the parties respectfully request that the case remain referred to Judge Harvey and that the Court order the parties to file another joint status report in 30 days, on or before <u>September 24, 2021</u>. If the parties reach a settlement before that date, they will promptly notify the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Kelly B. McClanahan<br>Kelly B. McClanahan, D.C. Bar #984704<br>National Security Counselors<br>4702 Levada Terrace<br>Rockville, Maryland 20853<br>Telephone:  301-728-5908<br>Facsimile: 240-681-2189<br>Kel@NationalSecurityLaw.org<br><br>*Counsel for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar #991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |

Dated:  August 25, 2021
           Washington, D.C.