UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUSTAVO GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1822 (APM) |
| ) | |
| ANTHONY BLINKEN, Secretary, ) | |
| United States Department of State, et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT STATUS REPORT

Pursuant to the Court's September 26, 2021, Minute Order, Plaintiff Gustavo Garcia ("Plaintiff") and Defendants U.S. Department of State and U.S. Department of Justice ("Defendants"), through undersigned counsel, respectfully submit this Joint Status Report, informing the Court of the results of mediation.

1. On August 4, 2021, the parties participated in a remote mediation with Magistrate Judge Harvey.

2. While no settlement was reached during the mediation, the parties have continued settlement discussions and negotiations.

3. The parties have a second mediation with Magistrate Judge Harvey scheduled on December 15, 2021, in order to further settlement discussions.

4. The parties propose that they file another joint status report within 30 days of the December 15, 2021, mediation with Magistrate Judge Harvey, providing the Court with a briefing schedule, if necessary.

Dated:  November 23, 2021                    Respectfully submitted,

*For Plaintiff:*

By: */s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*For Defendants:*

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

BLAKE WEINER
Assistant United States Attorney


By: */s/  Blake A. Weiner*
Blake A. Weiner
VA Bar No. 94087
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 803-1604
Blake.weiner@usdoj.gov