UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUSTAVO GARCIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1822 (APM) |
| ANTHONY BLINKEN, Secretary, United States Department of State, et al., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 18, 2022, Minute Order, Plaintiff Gustavo Garcia ("Plaintiff") and Defendants U.S. Department of State and U.S. Department of Justice ("Defendants"), through undersigned counsel, respectfully submit this Joint Status Report, informing the Court of the results of mediation.

1. On August 4, 2021, the parties participated in a remote mediation with Magistrate Judge Harvey.

2. The parties participated in a second remote mediation with Magistrate Judge Harvey on December 15, 2021, in order to further settlement discussions.

3. While no settlement was reached during the mediation, the parties continue settlement discussions and negotiations.

4. The parties propose that they file another joint status report on or before March 18, 2022, providing the Court with a briefing schedule, if necessary.

Dated:  February 16, 2022		Respectfully submitted,

*For Plaintiff:*				*For Defendants:*

By: */s/ Kelly B. McClanahan*		MATTHEW M. GRAVES
Kelly B. McClanahan, Esq.		United States Attorney
D.C. Bar #984704
National Security Counselors		BRIAN P. HUDAK
4702 Levada Terrace			Acting Chief, Civil Division
Rockville, MD  20853
301-728-5908				BLAKE WEINER
240-681-2189 fax			Assistant United States Attorney
Kel@NationalSecurityLaw.org


					By: */s/ Blake A. Weiner*
					Blake A. Weiner
					VA Bar No. 94087
					Assistant United States Attorney
					555 4th Street, N.W.
					Washington, D.C. 20530
					(202) 803-1604
					Blake.weiner@usdoj.gov