UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUSTAVO GARCIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 18-1822 (APM) |
| ANTONY BLINKEN, et al., | ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 19, 2022, Minute Order, Plaintiff Gustavo Garcia ("Plaintiff") and Defendants U.S. Department of State and U.S. Department of Justice ("Defendants"), through undersigned counsel, respectfully submit this Joint Status Report.

Since the last Joint Status Report, the parties have continued to memorialize the agreement that the parties reached in principle. Any settlement is contingent upon approvals from those individuals with delegated authority within the U.S. Department of Justice. The agencies are currently drafting the terms of the settlement agreement, in order to obtain the necessary internal approvals prior to settlement and filing a stipulation of dismissal. The parties respectfully propose to file another joint report updating the Court on the status of these activities by December 22, 2022, if a stipulation of dismissal is not filed on or before that date.

\* \* \*

- 2 -

Dated:  November 21, 2022

By: /s/ Kelly Brian McClanahan
Kelly Brian McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Telephone: (301) 728-5908
Facsimile: (240) 681-2189
Email: kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Derek S. Hammond
DEREK S. HAMMOND, D.C. Bar #1017784
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2511
Email: derek.hammond@usdoj.gov

*Counsel for Defendants*