UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GUSTAVO GARCIA, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:18-cv-01822 (APM) |
| | * | |
| ANTONY BLINKEN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby stipulate to the dismissal of all remaining claims without prejudice pursuant to the two settlement agreements attached to this stipulation. Plaintiffs further stipulate that this dismissal should be converted into a dismissal with prejudice on 12 June 2023. As per the terms of the settlement agreements, Plaintiff reserves the right to rescind this dismissal at any time before 12 June 2023 should he not receive the appropriate settlement payment.

Date:   April 12, 2023

Respectfully submitted,

  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*
